# EXHIBIT 1



Secure Processing Center
25 Route 111, P.O. Box 1048
Smithtown, NY 11787



8576

April 21, 2025

Subject: Notice of Data Security Incident

Dear Wanda M Klingbail:

The purpose of this letter is to notify you of a recent data security incident experienced by Onsite Mammography, LLC ("Onsite"), which may have affected your personal and/or protected health information ("PHI"). Onsite takes this incident seriously and is providing you with information about the incident, our response, and steps you can take to help protect your information.

Onsite Mammography is a national service provider that works with health care providers to support imaging services they offer their patients.

**What Happened?** In October 2024, we discovered unusual activity associated with one employee's email account. After taking immediate steps to ensure our email environment was secure, we enlisted independent cybersecurity experts to conduct an investigation to determine what happened and whether sensitive information may have been impacted. According to the investigation, an unauthorized actor gained access to the individual's email account for a brief window of time. Due to the nature of some of the emails in this employee's inbox, we engaged the services of an outside data analytics vendor, that conducted a comprehensive review of the impacted files to determine whether any PHI was involved. **The investigation further revealed that the actor only had access to the email account and did not have access to any other systems within our network.** The data analytics vendor's review concluded on April 15, 2025 and revealed that the compromised email included specific health-related information about patients.

**What Information Was Involved?** The information that may have been impacted in connection with this incident includes your name as well as your Date of Birth, Social Security Number, Patient Account Number, and Provider Location. Please note that we have no evidence that any of this information has been misused.

**What Are We Doing?** As soon as we learned of the incident, we took the measures described above and implemented additional security features to reduce the risk of a similar incident occurring in the future.

We are also offering you the ability to enroll in 12 months of complimentary Equifax Credit Watch Gold credit monitoring and identity protection services through Epiq, a global technology services leader.

**What You Can Do:** You can follow the recommendations on the enclosed "Steps You Can Take to Help Protect Your Information" for more information. We also encourage you to enroll in the complimentary monitoring services being offered to you through Equifax by using the enrollment information provided. To enroll in Equifax Credit Watch Gold visit www.equifax.com/activate.

Enter your unique Activation Code: 378064504724

Enter your Activation Code and click "Submit".

1. **Register:**
   Complete the form with your contact information and click "Continue".
   *If you already have a myEquifax account, click the 'Sign in here' link under the "Let's get started" header. Once you have successfully signed in, you will skip to the Checkout Page in Step 4*
2. **Create Account:**
   Enter your email address, create a password, and accept the terms of use.
3. **Verify Identity:**
   To enroll in your product, we will ask you to complete our identity verification process.
4. **Checkout:**
   Upon successful verification of your identity, you will see the Checkout Page.
   Click 'Sign Me Up' to finish enrolling.
   **You're done!**
   The confirmation page shows your completed enrollment.
   Click "View My Product" to access the product features.

Please note the deadline to enroll in these complimentary services is July 31, 2025. Please do not discard this letter, as you will need the Activation code provided above to access services.

**For More Information:** If you have questions or need assistance, please call 855-549-2623. Representatives are available Monday through Friday from 9:00 am - 9:00 pm Eastern Time.

We take this event and the security of information in our care seriously. We regret any concern or inconvenience this incident may cause you.

Sincerely,

Onsite Mammography
815 North Road
Westfield, MA 01085

**Steps You Can Take to Help Protect Your Personal Information**

**Review Your Account Statements and Notify Law Enforcement of Suspicious Activity:** As a precautionary measure, we recommend that you remain vigilant by reviewing your account statements and credit reports closely. If you detect any suspicious activity on an account, you should promptly notify the financial institution or company with which the account is maintained. You also should promptly report any fraudulent activity or any suspected incidence of identity theft to proper law enforcement authorities, your state attorney general, and/or the Federal Trade Commission (the "FTC").

**Copy of Credit Report:** You may obtain a free copy of your credit report from each of the three major credit reporting agencies once every 12 months by visiting www.annualcreditreport.com, calling toll-free 1-877-322-8228, or by completing an Annual Credit Report Request Form and mailing it to Annual Credit Report Request Service, P.O. Box 105281, Atlanta, GA 30348. You also can contact one of the following three national credit reporting agencies:

| **Equifax** | **Experian** | **TransUnion** |
|---|---|---|
| P.O. Box 105851 | P.O. Box 9532 | P.O. Box 2000 |
| Atlanta, GA 30348 | Allen, TX 75013 | Chester, PA 19016 |
| 1-800-525-6285 | 1-888-397-3742 | 1-800-916-8800 |
| www.equifax.com | www.experian.com | www.transunion.com |

**Fraud Alert:** You may want to consider placing a fraud alert on your credit report. An initial fraud alert is free and will stay on your credit file for at least one year. The alert informs creditors of possible fraudulent activity within your report and requests that the creditor contact you prior to establishing any accounts in your name. To place a fraud alert on your credit report, contact any of the three credit reporting agencies identified above. Additional information is available at www.annualcreditreport.com.

**Security Freeze:** You have the right to put a security freeze on your credit file for up to one year at no cost. This will prevent new credit from being opened in your name without the use of a PIN number that is issued to you when you initiate the freeze. A security freeze is designed to prevent potential creditors from accessing your credit report without your consent. As a result, using a security freeze may interfere with or delay your ability to obtain credit. You must separately place a security freeze on your credit file with each credit reporting agency. In order to place a security freeze, you may be required to provide the consumer reporting agency with information that identifies you including your full name, Social Security number, date of birth, current and previous addresses, a copy of your state-issued identification card, and a recent utility bill, bank statement or insurance statement.

**Additional Free Resources:** You can obtain information from the consumer reporting agencies, the FTC, or from your respective state Attorney General about fraud alerts, security freezes, and steps you can take toward preventing identity theft. You may report suspected identity theft to local law enforcement, including to the FTC or to the Attorney General in your state.

| **Federal Trade Commission** | **Maryland Attorney General** | **Oregon Attorney General** |
|---|---|---|
| 600 Pennsylvania Ave, NW | 200 St. Paul Place | 1162 Court St., NE |
| Washington, DC 20580 | Baltimore, MD 21202 | Salem, OR 97301 |
| consumer.ftc.gov | www.marylandattorneygeneral.gov/Pages/CPD | www.doj.state.or.us/consumer-protec |
| 877-438-4338 | 888-743-0023 | 877-877-9392 |
| **California Attorney General** | **New York Attorney General** | **Rhode Island Attorney General** |
| 1300 I Street | The Capitol | 150 South Main Street |
| Sacramento, CA 95814 | Albany, NY 12224 | Providence, RI 02903 |
| www.oag.ca.gov/privacy | 800-771-7755 | www.riag.ri.gov |
| 800-952-5225 | ag.ny.gov | 401-274-4400 |
| **Iowa Attorney General** | **Massachusetts Attorney General** | **Washington D.C. Attorney General** |
| 1305 E. Walnut Street | Data Privacy and Security Division | 400 S 6th Street, NW |
| Des Moines, Iowa 50319 | Attn: Data Breach Notification | Washington, DC 20001 |
| www.iowaattorneygeneral.gov | One Ashburton Place | oag.dc.gov/consumer-protection |
| 888-777-4590 | Boston, MA 02108 | 202-442-9828 |
| **Kentucky Attorney General** | **NC Attorney General** | |
| 700 Capitol Avenue, Suite 118 | 9001 Mail Service Center | |
| Frankfort, Kentucky 40601 | Raleigh, NC 27699 | |
| www.ag.ky.gov | ncdoj.gov/protectingconsumers/ | |
| 502-696-5300 | 877-566-7226 | |

**You also have certain rights under the Fair Credit Reporting Act (FCRA):** These rights include to know what is in your file; to dispute incomplete or inaccurate information; to have consumer reporting agencies correct or delete inaccurate, incomplete, or unverifiable information; as well as other rights. For more information about the FCRA, and your rights pursuant to the FCRA, please visit www.consumer.ftc.gov/sites/default/files/articles/pdf/pdf-0096-fair-credit-reporting-act.pdf.